that VMI is in some sense, as we said in *United States* v. *Virginia, supra,* at 519, "an incomparable military college"—inasmuch as that incomparability did not insulate its favorable judgment from our review and reversal in *United States* v. *Virginia* itself. JUSTICE STEVENS's comforting observation that "there is no injunction presently barring VMI from reinstituting the supper prayer," *ante,* at 1021, simply ignores the reality that, if it should choose that course, the present judgment of the Court of Appeals with jurisdiction over the Commonwealth would deny VMI officials a good-faith, qualified-immunity defense against suits for damages.

No. 03–1046. AT&T CORP. *v.* ALLEN ET UX., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED. Ct. Civ. App. Okla. Motion of Council on State Taxation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–1049. IDAHO POTATO COMMISSION *v.* M & M PRODUCE FARM & SALES, DBA M & M PRODUCE, ET AL. C. A. 2d Cir. Motions of Underwriters Laboratories Inc. et al. and Florida Department of Citrus/Florida Citrus Commission for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–1199. EMPLOYERS INSURANCE COMPANY OF WAUSAU *v.* JOHNSON CONTROLS, INC., ET AL. Sup. Ct. Wis. Motion of Complex Insurance Claims Litigation Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 03–1208. OKULEY *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 03–769. ELJACK *v.* ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS ET AL., 540 U. S. 1178;
No. 03–824. NAETHING *v.* COVINGTON, DIRECTOR, AMERICAN GENERAL LIFE & ACCIDENT INSURANCE CO., ET AL., *ante,* p. 902;
No. 03–875. ELJACK *v.* SECURITY ENGINEERS, INC., ET AL., 540 U. S. 1181;
No. 03–942. DAHLQUIST *v.* VUKICH, 540 U. S. 1219;

No. 03–7042.  FEGAN v. YARBOROUGH, WARDEN, 540 U. S. 1116;

No. 03–7215.  DONATO v. MCCARTHY, 540 U. S. 1121;

No. 03–7872.  HOFF v. NATIONAL LABOR RELATIONS BOARD ET AL., 540 U. S. 1155;

No. 03–7914.  HOFFMAN v. JONES, WARDEN, ET AL., 540 U. S. 1193;

No. 03–7936.  JURICH v. MCLEMORE, WARDEN, 540 U. S. 1194;

No. 03–7950.  HOLLAND v. JONES, WARDEN, 540 U. S. 1194;

No. 03–8092.  JEFFERSON v. ROCKETT ET AL., 540 U. S. 1222;

No. 03–8425.  MILLER v. ST. LOUIS COUNTY, MISSOURI, 540 U. S. 1225;

No. 03–8488.  LUNA v. ROCHE, SECRETARY OF THE AIR FORCE, 540 U. S. 1225; and

No. 03–8605.  OWENS v. UNITED STATES, 540 U. S. 1227.  Petitions for rehearing denied.

MAY 3, 2004

No. 03–9228.  KEELEN v. CAIN, WARDEN.  C. A. 5th Cir.  Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 03M68.  RODMAN v. FLORIDA; and

No. 03M70.  GARCIA v. CITY OF CLAYTON, NEW MEXICO.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 03M69.  DOE v. UNITED STATES.  Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 03–1238.  IBP, INC. v. ALVAREZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL.  C. A. 9th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.